**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BARRY WALKER,** | : | |
| **Petitioner** | : | |
| | : | **No. 1:07-cr-263-1** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **UNITED STATES OF AMERICA,** | : | **(Magistrate Judge Carlson)** |
| **Respondent** | : | |

## ORDER

**AND NOW**, on this 31st day of October 2019, in accordance with the Memorandum

issued concurrently with this Order, **IT IS ORDERED THAT**:

1. The May 6, 2019 Report and Recommendation (Doc. No. 418) of Magistrate Judge Carlson is **ADOPTED**;

2. Petitioner's objections to the Report and Recommendation (Doc. No. 419) are **OVERRULED**;

3. Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. Nos. 376, 383, 386) is **DENIED**;

4. Petitioner's amended § 2255 motions (Doc. Nos. 406, 420) are **DENIED**;

5. Petitioner's motion to hold his § 2255 proceedings in abeyance (Doc. No. 421) is **DENIED AS MOOT**;

6. A certificate of appealability **SHALL NOT ISSUE**; and

7. The Clerk of Court is directed to **CLOSE** the corresponding civil action opened at 1:14-cv-1954.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania